ORDERED.

Dated: October 16, 2015

Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

| IN RE: | Case No: | 6:13-bk-10190-KSJ |
|---|---|---|
| Linda I Vega | Chapter 13 | |
| Debtor | | |

### Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Payments (Document No. 60). The Court, having found that the Debtor failed to become current under the Motion, finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.
2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.
3. The Trustee shall refund all funds on hand, if any, to the Debtor in care of the Debtor's attorney, when represented by an attorney.
4. The effective date of this order is delayed fourteen (14) days to permit the Debtor to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.